**Electronically Filed
Intermediate Court of Appeals
30488
14-JUN-2013
02:56 PM**

NO. 30488

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

INTERNATIONAL DISPLAY SYSTEMS, INC., Appellant-Appellant,
vs.
GLENN M. OKIMOTO, DIRECTOR, DEPARTMENT OF TRANSPORTATION, STATE
OF HAWAIʻI; FORD N. FUCHIGAMI, DEPUTY DIRECTOR, DEPARTMENT OF
TRANSPORTATION, AIRPORTS DIVISION; DESIGNEES OF AARON S. FUJIOKA,
ADMINISTRATOR, STATE PROCUREMENT OFFICE, STATE OF HAWAIʻI; FORD
AUDIO-VIDEO SYSTEMS, INC.; DEPARTMENT OF COMMERCE AND CONSUMER
AFFAIRS, Appellees-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE GOVERNMENTAL UNITS 1-10; AND
DOE ENTITIES 1-10, Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV NO. 09-1-2244)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge[1])

The Opinion of the court, filed on April 29, 2013, is
hereby corrected as follows:

1.    On page 5, in the twelfth line from the bottom of
the page, the acronym "DTOA's" should be replaced with "DOTA's"
so that as corrected, the text reads: ". . . DOTA's motion to
dismiss . . . ."

2.    On page 7, in the ninth line, the comma between
"Chang" and "stated" should be deleted so that as corrected, the
text reads: "In his Declaration, Chang stated . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

3.    On page twelve, in the fourth line, the word "to" should be inserted between the words "relating" and "the" so that as corrected, the text reads: " . . . relating to the Kahului Airport Project . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, June 14, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge